UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.M., by and through next friend Elfego Maldonado Estrada, and A.B., by and through next friend Kadijah Hutchinson-McLean, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  - vs -<br><br>NEW YORK STATE OFFICE OF MENTAL HEALTH; ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health; the NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE; MICHELLE MORSE, in her official capacity as the Commissioner of the New York City Department of Health and Mental Hygiene; and NEW YORK CITY HEALTH AND HOSPITALS CORPORATION;<br><br>    Defendants. | C.A. No. 25-cv-06667 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Marie Killmond of the law firm of Davis Polk & Wardwell LLP, who is a member in good standing of the bar of this Court, hereby appears as counsel of record for Plaintiffs R.M. and A.B. in the above-captioned matter.

Dated: August 12, 2025                          Respectfully submitted,
       New York, New York

By: */s/ Marie Killmond*
Marie Killmond
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4208
Fax: (212) 701-5208
marie.killmond@davispolk.com

*Counsel for Plaintiffs R.M. and A.B.*

2