UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.M., by and through next friend Elfego Maldonado Estrada, and A.B., by and through next friend Kadijah Hutchinson-McLean, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　　- vs -<br><br>NEW YORK STATE OFFICE OF MENTAL HEALTH; ANN MARIE T. SULLIVAN, in her official capacity as the Commissioner of the New York State Office of Mental Health; the NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE; MICHELLE MORSE, in her official capacity as the Commissioner of the New York City Department of Health and Mental Hygiene; and NEW YORK CITY HEALTH AND HOSPITALS CORPORATION;<br><br>　　　　　　　Defendants. | C.A. No. 25-cv-06667 |

## NOTICE OF APPEARANCE

TO:   The Clerk of Court and all parties of record

　　　I am admitted to practice law in the United States District Court for the Southern District of New York. I hereby appear as counsel for plaintiffs R.M. and A.B. individually and on behalf of all similarly situated.

1

Dated: New York, New York
       August 13, 2025

Respectfully submitted,

By:   */s/ Elena Landriscina*
Elena Landriscina
THE LEGAL AID SOCIETY
49 Thomas Street, 10th Floor
New York, New York 10013
Tel: (212) 577-3398
Fax: (646) 616-4398
elandriscina@legal-aid.org

*Attorney for Plaintiffs*