UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

R.M., by and through next friend Elfego Maldonado Estrada, and A.B., by and through next friend Kadijah Hutchinson-McLean, on behalf of themselves and all others similarly situated,

                                                                Plaintiffs,

                 -against-

NEW YORK STATE OFFICE OF MENTAL HEALTH; ANN MARIE T. SULLIVAN, in her official capacity as Commissioner of the New York State Office of Mental Health; THE NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE, MICHELLE MORSE, in her official capacity as the Commissioner of the New York City Department of Health and Mental Hygiene; and NEW YORK CITY HEALTH AND HOSPITALS CORPORATION,

                                                                Defendants.

------------------------------------------------------------------------x

25-cv-06667 (AKH)

## NOTICE OF OMH DEFENDANTS' MOTION TO STAY DISCOVERY

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Haley Hawkins, dated November 12, 2025; and the Memorandum of Law, dated November 12, 2025; and upon all of the proceedings heretofore had herein, Defendants NEW YORK STATE OFFICE OF MENTAL HEALTH and ANN MARIE T. SULLIVAN, in her official capacity as Commissioner of the New York State Office of Mental Health (collectively, "OMH Defendants") will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, at a time and place to be set by the Court,

for an order staying discovery in this action until further notice pursuant to Fed. R. Civ. P. 26(c) and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(a), Plaintiffs' response to OMH Defendants' cross-motion, if any, must be served on or before November 19, 2025.

Dated: New York, New York
      November 12, 2025

Respectfully submitted,

LETITIA JAMES
Attorney General
State of New York
*Attorney for OMH Defendants*

By: *Caroline P. Wallitt*

Caroline P. Wallitt
Haley L. Hawkins
Assistant Attorneys General
28 Liberty Street
New York, New York 10005
Tel.: (212) 416-6228
Email: Caroline.Wallitt@ag.ny.gov