UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
: 
R.M. ET AL, :
                              Plaintiffs, : **ORDER REGULATING**
   -against- : **PROCEEDINGS**
:
NEW YORK STATE OFFICE OF MENTAL : 25 Civ. 6667 (AKH)
HEALTH ET AL, :
:
                              Defendants. :
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Plaintiffs' motion for expedited discovery is denied with leave to refile if defendants' motion to dismiss are not granted. The motion to dismiss shall be argued on January 8, 2026, at 2:30 p.m. in Courtroom 14D.

    Defendants' motion to stay discovery are granted pending my ruling on the motion to dismiss.

    Proceedings relevant to the motion for preliminary injunction will be determined when the motion to dismiss is decided.

    The Clerk shall terminate ECF Nos. 73, 78, 81, and 84.

    SO ORDERED.

Dated:    November 13, 2025
              New York, New York

                                                      ALVIN K. HELLERSTEIN
                                                      United States District Judge