UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
R.M. ET AL,                                                   :
                                                              :    **<u>SCHEDULING ORDER</u>**
                                    Plaintiffs,               :
                                                              :    25 Civ. 6667 (AKH)
              -against-                                       :
                                                              :
NEW YORK STATE OFFICE OF MENTAL                               :
HEALTH ET AL,                                                 :
                                                              :
                                                              :
                                    Defendants.               :
                                                              
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The oral argument scheduled for January 15, 2026, is adjourned to January 27, 2026, at 2:30 p.m. in Courtroom 14D.

No later than January 22, 2026, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

The Clerk shall terminate ECF No. 101.


SO ORDERED.

Dated:    December 22, 2025              /s/  Alvin K. Hellerstein
          New York, New York             ALVIN K. HELLERSTEIN
                                         United States District Judge